*Henry Hirschberg* for appellant.

*Elmer H. Lemon* for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* ALBERT GRANNO, Appellant.

*Crimes — robbery in first degree — judgment of conviction affirmed.*

*People* v. *Granno*, 217 App. Div. 801, affirmed.

(Argued September 30, 1926; decided October 19, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 3, 1926, which affirmed a judgment of the Schenectady County Court rendered upon a verdict convicting the defendant of the crime of robbery in the first degree.

*Walter A. Fullerton, James A. Leary* and *H. A. Gordon* for appellant.

*Harold E. Blodgett, District Attorney,* for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

PAUL E. MEYER, Respondent, *v.* MORRIS ROSENTHAL, Appellant.

*Bills, notes and checks — indorsement — evidence — action by indorser of promissory note to recover from prior indorser amount paid — parol evidence showing that though his name appeared first on note, plaintiff had indorsed after defendant, proper.*

*Meyer* v. *Rosenthal*, 216 App. Div. 766, affirmed.

(Submitted September 30, 1926; decided October 19, 1926.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 23, 1926, unanimously affirming a judgment in favor of plaintiff entered upon a

verdict. The action was brought to recover an amount paid by plaintiff as indorser of a promissory note, it being alleged that defendant was a prior indorser thereof. The note showed on the back thereof the name of the plaintiff above that of defendant but parol evidence was received over objection showing that plaintiff had indorsed after defendant. It was contended that the reception of such evidence was error.

*Myron Butler* and *Isidore Siegeltuch* for appellant.
*Peter B. Hanson* and *Frank J. Irving* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

CRESWELL MacLAUGHLIN, Appellant, *v.* ERNEST G. STILLMAN, Respondent.

*Contract — services — action for breach of alleged contract to employ plaintiff for life.*

*MacLaughlin v. Stillman*, 215 App. Div. 720, affirmed.
(Argued September 30, 1926; decided October 19, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 20, 1925, affirming a judgment in favor of defendant entered upon a verdict. The action was to recover for breach of an alleged oral contract whereby defendant agreed to employ plaintiff for life.

*Henry Hirschberg* for appellant.
*Graham Witschief* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Not voting: HISCOCK, Ch. J.